| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) _____  Chapter  11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | NHSC Dining Venture, LLC |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Atria's Restaurant |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-3994599 |

| 4. | Debtor's address | **Principal place of business**<br><br>40 24th Street, 2nd Floor<br>Pittsburgh, PA 15222<br>Number, Street, City, State & ZIP Code<br><br>Allegheny<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Norwin Hills Shopping Center<br>8775 Norwin Avenue, Suite 30 Irwin, PA 15642<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | _____ |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  **NHSC Dining Venture, LLC** _____ Case number (if known) _____
         Name

7. Describe debtor's business    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __7225__

8. Under which chapter of the Bankruptcy Code is the debtor filing?    *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

       ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  **NHSC Dining Venture, LLC**  Case number (if known) _____
        Name

**11. Why is the case filed in this district?**  
Check all that apply:
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**  
☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____  
Number, Street, City, State & ZIP Code

Is the property insured?  
☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  
Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **NHSC Dining Venture, LLC**                                              Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 8, 2019**
               MM / DD / YYYY

X  **/s/ Patrick J. McDonnell**                              **Patrick J. McDonnell**
   Signature of authorized representative of debtor          Printed name

   Title  **For Restaurant Holdings, LP , Managing Member**

**18. Signature of attorney**

X  **/s/ Robert O Lampl**                                    Date  **February 8, 2019**
   Signature of attorney for debtor                                MM / DD / YYYY

   **Robert O Lampl 19809**
   Printed name

   **Robert O Lampl Law Office**
   Firm name

   **Benedum Trees Building**
   **223 Fourth Avenue, 4th Floor**
   **Pittsburgh, PA 15222**
   Number, Street, City, State & ZIP Code

   Contact phone  **412-392-0330**        Email address  **rlampl@lampllaw.com**

   **19809**
   Bar number and State

Fill in this information to identify the case:

Debtor name: NHSC Dining Venture, LLC
United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| All Season Linen & Mat Service<br>175 Wade Street<br>Waynesburg, PA 15370 | | | Unliquidated | | | $579.60 |
| Babcor Packaging<br>855 S. Canal Street<br>Pittsburgh, PA 15212 | | | Unliquidated | | | $290.00 |
| Breadworks<br>P.O. Box 285<br>Adamsburg, PA 15611 | | | Unliquidated | | | $326.40 |
| Cheesecake Cafe<br>Attn: Caroline Lewis<br>512 Main Street<br>Irwin, PA 15642 | | | Unliquidated | | | $250.16 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | | | Unliquidated | | | $318.61 |
| Cozzini Bros., Inc.<br>350 Howard Avenue<br>Des Plaines, IL 60018 | | | Unliquidated | | | $133.58 |
| Darling Ingredients Inc.<br>P.O. Box 552210<br>Detroit, MI 48255 | | | Unliquidated | | | $170.66 |
| Euclid Fish Company<br>7839 Enterprise Drive<br>P.O. Box 180<br>Mentor, OH 44061 | | | Unliquidated | | | $1,085.14 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 19-20521-GLT   Doc 1   Filed 02/08/19   Entered 02/08/19 17:34:45   Desc Main
Document      Page 6 of 10

Debtor  NHSC Dining Venture, LLC                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Excela Health Ventures, LLC c/o Prudential Realty Co. 3700 S. Water Street, Suite 100 Pittsburgh, PA 15203 | | | Unliquidated | | | $536,131.41 |
| Georgeo's Oldies Cafe 710 Eighth Street Irwin, PA 15642 | | | Unliquidated | | | $125.00 |
| Jackson Welding Supply Co. 1421 West Carson Street Pittsburgh, PA 15219 | | | Unliquidated | | | $130.21 |
| MBM Contracting Inc. 4999 Old Clairton Road Pittsburgh, PA 15236 | | | Unliquidated | | | $286,299.00 |
| Monteverde's, Inc. 2 Rutgers Road, Building B Pittsburgh, PA 15205 | | | Unliquidated | | | $3,281.50 |
| Municipal Authority of Westmoreland Co. P.O. Box 800 Greensburg, PA 15601 | | | Unliquidated | | | $377.44 |
| Open Table, Inc. 29109 Network Place Chicago, IL 60673 | | | Unliquidated | | | $509.24 |
| Peoples Gas PO Box 644760 Pittsburgh, PA 15264-4760 | | | Unliquidated | | | $928.17 |
| PFE Corporation 519 East General Robinson Street Pittsburgh, PA 15212 | | | Unliquidated | | | $285.69 |
| Reinhart Food Service 226 East View Drive Mount Pleasant, PA 15666 | | | Unliquidated | | | $158,493.98 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor    NHSC Dining Venture, LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Snyder Brothers Energy<br>One Glade Park East<br>P.O. Box 1022<br>Kittanning, PA<br>16201 | | | Unliquidated | | | $1,600.00 |
| Waste Management<br>PO Box 13648<br>Philadelphia, PA<br>19101-3648 | | | Unliquidated | | | $443.65 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **NHSC Dining Venture, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the For Restaurant Holdings, LP, Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 8, 2019**

**/s/ Patrick J. McDonnell**
Patrick J. McDonnell/For Restaurant Holdings, LP, Managing Member
Signer/Title

All Season Linen & Mat Service
175 Wade Street
Waynesburg, PA 15370

Babcor Packaging
855 S. Canal Street
Pittsburgh, PA 15212

Breadworks
P.O. Box 285
Adamsburg, PA 15611

Cheesecake Cafe
Attn: Caroline Lewis
512 Main Street
Irwin, PA 15642

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Cozzini Bros., Inc.
350 Howard Avenue
Des Plaines, IL 60018

Darling Ingredients Inc.
P.O. Box 552210
Detroit, MI 48255

Euclid Fish Company
7839 Enterprise Drive
P.O. Box 180
Mentor, OH 44061

Excela Health Ventures, LLC
c/o Prudential Realty Co.
3700 S. Water Street, Suite 100
Pittsburgh, PA 15203

Georgeo's Oldies Cafe
710 Eighth Street
Irwin, PA 15642

Green Guard
4159 Shoreline Drive
St. Louis, MO 63045

Jackson Welding Supply Co.
1421 West Carson Street
Pittsburgh, PA 15219

MBM Contracting Inc.
4999 Old Clairton Road
Pittsburgh, PA 15236

Monteverde's, Inc.
2 Rutgers Road, Building B
Pittsburgh, PA 15205

Municipal Authority of Westmoreland Co.
P.O. Box 800
Greensburg, PA 15601

Open Table, Inc.
29109 Network Place
Chicago, IL 60673

Peoples Gas
PO Box 644760
Pittsburgh, PA 15264-4760

PFE Corporation
519 East General Robinson Street
Pittsburgh, PA 15212

Reinhart Food Service
226 East View Drive
Mount Pleasant, PA 15666

Snyder Brothers Energy
One Glade Park East
P.O. Box 1022
Kittanning, PA 16201

Waste Management
PO Box 13648
Philadelphia, PA 19101-3648