**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **NHSC DINING VENTURE, LLC d/b/a ATRIAS,** | Bankruptcy No. 19-20521-GLT |
| Debtor. | Chapter 11 |
| **NHSC DINING VENTURE, LLC d/b/a ATRIAS,** | Document No. |
| Movant, | |
| vs. | |
| **NO RESPONDENT.** | |

**VERIFICATION STATEMENT PURSUANT TO BANKRUPTCY RULE 2014**

I, Robert O Lampl, declare that I have read the aforesaid averments set forth in the attached Application for Approval of Attorneys and that said averments are true and correct to the best of my knowledge, information and belief, including the averment in Paragraph 6 of said Application that neither Robert O Lampl, nor anyone in his law firm, has any connection with the Debtor other than representing it as attorneys in connection with Bankruptcy Case No. 19-20521-GLT.

Further, neither Robert O Lampl, nor anyone in his law firm has any connection with any creditor or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. This Verification is made under penalty of perjury.

Date: <u>February 11, 2019</u>             <u>/s/  Robert O Lampl</u>
                                                                    ROBERT O LAMPL