**Form 131**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**NHSC Dining Venture, LLC**
**dba Atria's Restaurant**
81−3994599
    Debtor(s)

Bankruptcy Case No.: 19−20521−GLT

Chapter: 11
Docket No.: 15 − 1

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **February 8, 2019** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **February 22, 2019** and failure to meet that deadline would result in the dismissal of the case.

As of **February 28, 2019,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes<br>Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: February 28, 2019

Gregory L. Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest